IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTIE JOANN COX,            )
                             )
        Plaintiff,           )
                             )
v.                           )     Civil Action No. 3:14cv859-HEH
                             )
ENTERPRISE RECOVERY SYSTEMS, )
INC.,                        )
                             )
        Defendant.           )

## ORDER
### (Granting Extension of Time)

THIS MATTER is before the Court on Defendant Enterprise Recovery Systems, Inc.'s Unopposed Motion for Extension of Time (ECF No. 10). On the representation that the Motion is unopposed, that this is the first extension of time requested by Defendant, that the extension will not cause undue delay, and finding good cause for the requested extension, the Motion is hereby GRANTED. Defendant shall respond to the First Amended Complaint on or before March 24, 2015.

The Clerk is directed to file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

Date: Feb 24 2015
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge